# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**KATHLEEN EMRICK,**

    **Plaintiff,**

  v.                                                                      **CIVIL NO. 1:23-CV-82**
                                                                                                   **(KLEEH)**

**CREDIT COUNSEL INC.,**
**JEFFREY ALLEN, and**
**STACEY LEVY,**

    **Defendants.**

## ORDER

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff filed a notice of voluntary dismissal with prejudice [ECF No. 9]. Accordingly, this action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket. All pending motions shall be **TERMINATED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: April 24, 2024

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA